# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Kareem Ray Senises**  
                        Debtor(s)

**BK NO. 23-00736 HWV**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of AMERISAVE MORTGAGE CORPORATION and index same on the master mailing list.

                        Respectfully submitted,

                        /s/ *Michael Farrington*  
                        Michael Farrington  
                        06 Apr 2023, 16:23:05, EDT

                        KML Law Group, P.C.  
                        BNY Mellon Independence Center  
                        701 Market Street, Suite 5000  
                        Philadelphia, PA  19106  
                        215-627-1322