Certificate Number: 14912-PAM-DE-037400692

Bankruptcy Case Number: 23-00736


14912-PAM-DE-037400692

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 3, 2023, at 6:36 o'clock PM EDT, Kareem Senises completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  May 3, 2023          By:     /s/Jai Bhatt

                            Name:   Jai Bhatt

                            Title:  Counselor