# United States Bankruptcy Court
# Middle District of Pennsylvania

In re:     Case No. 23-00736-HWV
Kareem Ray Senises     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 2
Date Rcvd: May 11, 2023    Form ID: ntcnfhrg    Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kareem Ray Senises, 471 North 6th Street, Lebanon, PA 17046-3615 |
| 5531947 | | Danielle M DiLeva, Esq., KML Law Group, P.C., Philadelphia, PA 19106-1532 |
| 5531948 | + | Family Medicine Quentin, 1701 Cornwall Rd, Suite 101, Lebanon, PA 17042-7480 |
| 5531950 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 600 S 5th Ave, Lebanon, PA 17042 |
| 5531953 | | PENN STATE HERSHEY MEDICAL CENTER, ATTN PATIENT FINANCIAL SERVICES, PO BOX 853, HERSHEY, PA 17033-0853 |
| 5531956 | + | Wellspan Health, 252 S 4th Street, Lebanon, PA 17042-6111 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5531943 | ^ | MEBN | May 11 2023 18:36:02 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5531945 | + | Email/Text: ebnnotifications@creditacceptance.com | May 11 2023 18:36:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5531946 | + | Email/PDF: creditonebknotifications@resurgent.com | May 11 2023 18:40:45 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5531944 | | Email/Text: BKCourtNotices@yourmortgageonline.com | May 11 2023 18:36:00 | Amerisave Mtg Corp/dov, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5531949 | + | Email/Text: bnc-bluestem@quantum3group.com | May 11 2023 18:36:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5532585 | | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2023 18:41:13 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531951 | | Email/Text: BankruptcyEast@firstenergycorp.com | May 11 2023 18:36:00 | MET-ED, PO BOX 3687, AKRON, OH 44309-3687 |
| 5533811 | + | Email/Text: BankruptcyEast@firstenergycorp.com | May 11 2023 18:36:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5531952 | + | Email/Text: Bankruptcies@nragroup.com | May 11 2023 18:37:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5531954 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2023 18:41:04 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5531955 | + | Email/PDF: pa_dc_claims@navient.com | May 11 2023 18:40:43 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 11

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2023  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2023 at the address(es) listed below:**

**Name** — **Email Address**

Jack N Zaharopoulos
TWecf@pamd13trustee.com

Leonard Zagurskie, Jr
on behalf of Debtor 1 Kareem Ray Senises lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com

Michael Patrick Farrington
on behalf of Creditor AmeriSave Mortgage Corporation mfarrington@kmllawgroup.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kareem Ray Senises,

    **Debtor 1**

Chapter     13

Case No.     1:23−bk−00736−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 7, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom No. 8 (4th Floor), 1501 N. 6th St, Harrisburg, PA 17102 | Date: June 14, 2023<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 11, 2023 |

ntcnfhrg (08/21)