United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>Kareem Ray Senises<br>    Debtor | Case No. 23-00736-HWV<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jul 10, 2023 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

**Recip ID**      **Recipient Name and Address**
    Attn: Meline Contini Payroll Manager Plastic Syste, Lebanon, PA 17042

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor AmeriSave Mortgage Corporation bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Kareem Ray Senises lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| Michael Patrick Farrington | on behalf of Creditor AmeriSave Mortgage Corporation mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
  Kareem Ray Senises :
    Debtor(s) : Bankruptcy No. 1:23-bk-00736-HWV

## ORDER

Upon consideration of the Motion of the Debtor, Kareem Ray Senises, for an Amended, Wage Attachment Order, it is hereby:

**ORDERED** that Attn: Meline Contini. Payroll Manager, Plastic Systems Packaging Molding (PSPM), 17 Lebanon Valley Parkway, Lebanon, PA 17042, the employer of the Debtor is hereby directed to deduct from the salary of Kareem Ray Senises the sum of $211.19 from the Debtor's bi-weekly salary, commencing with the next pay period and continuing thereafter for the duration of the 60 months Chapter 13 Plan, and to remit the same to to Jack N Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008, or make payments electronically through: TFS Bill Pay: https://www.tfsbillpay.com/.

**IT IS FURTHER ORDERED** that this is a voluntary wage deduction, and that a signed statement from the Debtor's attorney, Leonard Zagurskie, Jr., Esquire requesting that this voluntary wage attachment be terminated shall terminate this voluntary wage attachment.

By the Court,

*/s/ Henry W. Van Eck*
_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: July 10, 2023