# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   KAREEM RAY SENISES

                       Debtor(s)

JACK N. ZAHAROPOULOS                                         CHAPTER 13
CHAPTER 13 TRUSTEE
                       Movant
vs.
KAREEM RAY SENISES

                                                         CASE NO: 1-23-00736-HWV

                       Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 8, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   May 8, 2024                                        Respectfully submitted,

                                                                /s/   Douglas R. Roeder, Esquire
                                                                ID:  80016
                                                                Attorney for Trustee
                                                                Jack N. Zaharopoulos
                                                                Standing Chapter 13 Trustee
                                                                Suite A, 8125 Adams Drive
                                                                Hummelstown, PA 17036
                                                               Phone:  (717) 566-6097
                                                               email:  droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: KAREEM RAY SENISES

Debtor(s)

JACK N. ZAHAROPOULOS  CHAPTER 13
CHAPTER 13 TRUSTEE
    Movant
vs.
KAREEM RAY SENISES

CASE NO: 1-23-00736-HWV

Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

Date: June 26, 2024
Time: 09:35 AM
    Sylvia H. Rambo United States Courthouse
    Bankruptcy Courtoom 4B, 4th Floor
    1501 North 6th Street
    Harrisburg, PA 17102

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1756.72**
   **AMOUNT DUE FOR THIS MONTH: $457.57**
   **TOTAL AMOUNT DUE BEFORE HEARING DATE: $2214.29**

**NOTE:**
**ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**

**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:  May 8, 2024         /s/   Douglas R. Roeder, Esquire
                            ID:  80016
                            Attorney for Movant
                            Jack N. Zaharopoulos
                            Standing Chapter 13 Trustee
                            Suite A, 8125 Adams Drive
                            Hummelstown, PA 17036
                            Phone:  (717) 566-6097
                            email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: KAREEM RAY SENISES

                      Debtor(s)

JACK N. ZAHAROPOULOS             CHAPTER 13
CHAPTER 13 TRUSTEE
                Movant
vs.
KAREEM RAY SENISES
                                                   CASE NO: 1-23-00736-HWV

                Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 8, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

LEONARD ZAGURSKIE, JR., ESQ
110 WEST MAIN AVENUE
1ST FLOOR
MYERSTOWN PA 17067-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
PO BOX 302
HARRISBURG PA 17102

<u>SERVED BY FIRST CLASS MAIL</u>

KAREEM RAY SENISES
471 North 6th Street
Lebanon PA 17046

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 8, 2024                              /s/ Tammy Life
                                                   Office of the Standing Chapter 13 Trustee
                                                   Jack N. Zaharopoulos
                                                   Suite A, 8125 Adams Dr.
                                                   Hummelstown, PA 17036
                                                   Phone: (717) 566-6097
                                                   email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: KAREEM RAY SENISES

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-23-00736-HWV

vs.

KAREEM RAY SENISES

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.