United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00736-HWV |
| Kareem Ray Senises | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Dec 06, 2024 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Attn: Jill Chambers, Payroll Manager, Supplyone Plastics Inc., 1157 Arnold Rd #A, Reading PA 19605-9471 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor AmeriSave Mortgage Corporation blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Kareem Ray Senises lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Kareem Ray Senises | : | |
| Debtor(s) | : | Bankruptcy No. 1:23−bk−00736−HWV |

### ORDER

Upon consideration of the Debtor's Motion of the Debtor, Kareem Ray Senises for an Amended Wage Attachment Order, it is hereby:

**ORDERED** that Attn: Jill Chambers, Payroll Manager, Supplyone Plastics Inc, 1157 Arnold Rd #A, Reading PA 19605, the employer of the Debtor is hereby directed to deduct from the salary of Kareem Ray Senises the sum of $1,057.47 from the Debtor's bi-weekly salary, commencing with the next pay period and continuing thereafter for the duration of the 60 months Chapter 13 Plan, and to remit the same to to Jack N Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008, or make payments electronically through: TFS Bill Pay: https://www.tfsbillpay.com/.

**IT IS FURTHER ORDERED** that this is a voluntary wage deduction, and that a signed statement from the Debtor's attorney, Leonard Zagurskie, Jr., Esquire requesting that this voluntary wage attachment be terminated shall terminate this voluntary wage attachment.

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge
Dated: December 6, 2024