UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: KAREEM RAY SENISES, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS, | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| KAREEM RAY SENISES, | : | |
| Respondent | : | CASE NO. 1-23-bk-00736-HWV |

### TRUSTEE'S OBJECTION TO FOURTH AMENDED CHAPTER 13 PLAN

AND NOW, this 11th day of December, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to the confirmation of the above-referenced Debtor's Plan for the following reasons:

1. The Trustee avers that the Debtor's Plan is not feasible based upon the following:

    a. The Plan is ambiguous regarding the payment and base amount. More specifically, the total to pay to Amerisave in Section 2.D. should be $72,613.54, not $92,204.32, and the total base amount should be $114,636.06, not $110,622.46.

WHEREFORE, the Trustee alleges and avers that the Debtor's Plan cannot be confirmed, and therefore, the Trustee prays that this Honorable Court will:

   a. deny confirmation of the Debtor's Plan;
   b. dismiss or convert the Debtor's case; and
   c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder, Esquire
Attorney for Trustee

## CERTIFICATE OF SERVICE

        AND NOW, this 11th day of December, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

Leonard Zagurskie, Jr., Esquire
110 West Main Avenue
1st Floor
Myerstown, PA 17067

                                          /s/Derek M. Strouphauer, Paralegal
                                          Office of Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee