# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**
| | | |
|---|---|---|
| **Kareem Ray Senises** | : | **Chapter 13** |
| **Debtor(s)** | : | **Case Number: 1:23−bk−00736−HWV** |

## PRAECIPE TO WITHDRAW DEBTOR'S MOTION TO MODIFY THE CHAPTER 13 PLAN

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Kindly withdraw the Debtor's Motion to Modify the Chapter 13 Plan, Modified Chapter 13 Plan, and Notice, Docket No. 68 and No. 69 of this case, filed on December 23, 2024, and December 26, 2024.

Respectfully submitted,

LAW OFFICES OF LEONARD ZAGURSKE, JR

Date: January 13, 2025

/s/ Leonard Zagurskie, Jr., Esquire
Leonard Zagurskie, Jr., Esquire
PSB No. 82436
Counsel for the Debtor
110 West Main Avenue, Myerstown, PA 17042
Telephone: (717) 628-5180 Fax: (717) 861-4941
Email:lzaglaw.usa@startmail.com