United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00736-HWV |
| Kareem Ray Senises | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 1 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

**Recip ID      Recipient Name and Address**
\+    Attn: Jill Chambers, Payroll Manager Supplyone Pla, 1157 Arnold Rd #A, Reading PA 19605-9471

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 16, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor AmeriSave Mortgage Corporation blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Kareem Ray Senises lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
   Kareem Ray Senises :
      Debtor(s) : Bankruptcy No. 1:23−bk−00736−HWV

## ORDER TERMINATING WAGE ATTACHMENT

Upon consideration of the Debtor's Motion of the Debtor, Kareem Ray Senises for a Termination of Wage Attachment Order, it is hereby:

**ORDERED** that Attn: Jill Chambers, Payroll Manager, Supplyone Plastics Inc, 1157 Arnold Rd #A, Reading PA 19605, the employer of the Debtor is hereby directed to to terminate deducting from the salary of Kareem Ray Senises the sum of $1,057.47 from the Debtor's bi-weekly salary, terminating with the next pay period and thereafter to terminate remitting the same to to Jack N Zaharopoulos, Esquire, Standing Chapter 13 Trustee, P.O. Box 6008, Memphis, TN 38101-6008, or payments electronically through: TFS Bill Pay: https://www.tfsbillpay.com/.

**IT IS FURTHER ORDERED** that this wage deduction is hereby Terminated.

By the Court,

_(signature)_
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 14, 2025