IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kareem Ray Senises <u>Debtor(s)</u> | CHAPTER 13 |
| AMERISAVE MORTGAGE CORPORATION <u>Moving Party</u> vs. | NO. 23-00736 HWV |
| Kareem Ray Senises <u>Debtor(s)</u> | |
| Jack N Zaharopoulos <u>Trustee</u> | 11 U.S.C. Section 362 |

## **ORDER**

Upon consideration of the foregoing Stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this Court retains discretion regarding entry of any further order.