# United States Bankruptcy Court
## Middle District of Pennsylvania

In re **Kareem Ray Senises**     Case No. **1:23-bk-00736**
Debtor(s)     Chapter **13**

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-6378**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Kareem Ray Senises**

Street:    **471 North 6th Street**

City, State and Zip:    **Lebanon, PA 17046**

Telephone #:

**Please be advised that effective  May 1, 20 25 ,
my (our) new mailing address and telephone number is:**

Name:    **Kareem Ray Senises**

Street:    **1888 Kenbrook Road**

City, State and Zip:    **Lebanon, PA 17046**

Telephone #:

                 **/s/ Kareem Ray Senises**
                 **Kareem Ray Senises**
                 Debtor