United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                         Case No. 23-00736-HWV

Kareem Ray Senises                                    Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                         User: AutoDocke                           Page 1 of 3
Date Rcvd: Aug 18, 2025                  Form ID: 309A                         Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kareem Ray Senises, 1888 Kenbrook Road, Lebanon, PA 17046-1607 |
| aty | + | Denise E. Carlon, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Stephanie Walczak, KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5531947 | | Danielle M DiLeva, Esq., KML Law Group, P.C., Philadelphia, PA 19106-1532 |
| 5531948 | + | Family Medicine Quentin, 1701 Cornwall Rd, Suite 101, Lebanon, PA 17042-7480 |
| 5531950 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 600 S 5th Ave, Lebanon, PA 17042 |
| 5531953 | | PENN STATE HERSHEY MEDICAL CENTER, ATTN PATIENT FINANCIAL SERVICES, PO BOX 853, HERSHEY, PA 17033-0853 |
| 5531956 | + | Wellspan Health, 252 S 4th Street, Lebanon, PA 17042-6111 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lzaglaw.usa@startmail.com | Aug 18 2025 18:43:00 | Leonard Zagurskie, Jr, 110 West Main Avenue, 1st Floor, Myerstown, PA 17067 |
| tr | + | EDI: BSMCARR | Aug 18 2025 22:38:00 | Steven M. Carr, Ream Carr Markey Woloshin & Hunter LLP, (Trustee), 119 East Market Street, York, PA 17401-1221 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Aug 18 2025 18:43:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5531943 | ^ | MEBN | Aug 18 2025 18:39:25 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5531945 | + | Email/Text: ebnnotifications@creditacceptance.com | Aug 18 2025 18:43:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5531946 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 18 2025 18:42:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5545897 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 18 2025 18:43:00 | AMERISAVE MORTGAGE CORPORATION, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5531944 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Aug 18 2025 18:43:00 | Amerisave Mtg Corp/dov, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5545641 | | Email/Text: BNCnotices@dcmservices.com | Aug 18 2025 18:43:00 | Emergency Care Services of PA PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5531949 | + | EDI: BLUESTEM | Aug 18 2025 22:45:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5532585 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 18:53:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531951 | | Email/Text: BankruptcyEast@firstenergycorp.com | | |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | Aug 18 2025 18:43:00 | MET-ED, PO BOX 3687, AKRON, OH 44309-3687 |
| 5533811 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 18 2025 18:43:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5531952 | + | Email/Text: Bankruptcies@nragroup.com | Aug 18 2025 18:43:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5709054 | + | Email/Text: BKMAIL@planethomelending.com | Aug 18 2025 18:43:00 | PLANET HOME LENDING, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 5709055 | + | Email/Text: BKMAIL@planethomelending.com | Aug 18 2025 18:43:00 | PLANET HOME LENDING, 321 Research Parkway Suite 303, Meriden, CT 06450, PLANET HOME LENDING, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 5531954 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 18 2025 18:43:02 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5531955 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Aug 18 2025 18:42:29 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 20, 2025  Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Kareem Ray Senises lzaglaw.usa@startmail.com lzaglaw.usa@startmail.com |
| Stephanie Walczak | on behalf of Creditor Planet Home Lending  LLC swalczak@kmllawgroup.com |
| Steven M. Carr | stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |

United States Trustee    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Kareem Ray Senises<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6378<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   4/2/23 |
| Case number: | 1:23–bk–00736–HWV | Date case converted to chapter: | 7   8/18/25 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kareem Ray Senises | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1888 Kenbrook Road<br>Lebanon, PA 17046 | |
| 4. | **Debtor's attorney**<br>Name and address | Leonard Zagurskie Jr<br>110 West Main Avenue, 1st Floor<br>Myerstown, PA 17067 | Contact phone 717 628–5180<br><br>Email: lzaglaw.usa@startmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Steven M. Carr<br>Ream Carr Markey Woloshin & Hunter LLP (Trustee)<br>119 East Market Street<br>York, PA 17401 | Contact phone 717 843–8968<br><br>Email: stevecarr8@comcast.net |

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse  1501 N. 6th Street  Harrisburg, PA 17102 | Hours open:  Monday – Friday 9:00 AM to 4:00 PM  Contact phone (717) 901–2800  Date: 8/18/25 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.  *Valid photo ID and proof of Social Security number are required* | **Date:** September 17, 2025 at 01:30 PM  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.  For additional information use the QR code or visit:  https://www.justice.gov/ust/ust-regions-r03/region-3-section-341-meetings-0#TrusteeZoom  The Court does not endorse or exercise any responsibility of the content at this link. | **Location:**  Meeting held in Zoom, visit join.zoom.us, Enter Meeting ID 259 203 5896, Click on JOIN using passcode 0745051560, or call 1-267-552-4893   |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/16/25** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**

Case 1:23-bk-00736-HWV    Doc 100    Filed 08/20/25    Entered 08/21/25 00:28:40    Desc
Imaged Certificate of Notice    Page 5 of 5