# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### HARRISBURG DIVISON

|  |  |  |
|---|---|---|
| In re | ) | Chapter 7 |
| Kareem Ray Senises, | ) | |
|  | ) | Case Number.  1:23-bk-736 |
|  | ) | |
| Debtor(s) | ) | Judge Henry W. Van Eck |
|  | ) | |

## REQUEST OF ATLAS ACQUISITIONS
### FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)

PLEASE TAKE NOTICE that Atlas Acquisitions LLC, a creditor in the above-captioned case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Atlas Acquisitions LLC
> 492C Cedar Lane, Ste 442
> Teaneck, NJ 07666
> Attn: Avi Schild
> Telephone: (888) 762-9889
> Facsimile: (201) 546-9377
> E-mail: bk@atlasacq.com

Dated: 09/17/2025

By: /s/ Avi Schild
Avi Schild
c/o Atlas Acquisitions LLC
President
492C Cedar Lane, Ste 442
Teaneck, NJ 07666
(888) 762-9889
bk@atlasacq.com

Assignee Creditor: SmartPay Leasing LLC [Last four digits of account: 53CO]