| | |
|---|---|
| In re: | Case No. 23-00736-HWV |
| Kareem Ray Senises | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Dec 23, 2025 | Form ID: 318 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kareem Ray Senises, 1888 Kenbrook Road, Lebanon, PA 17046-1607 |
| 5531947 | | Danielle M DiLeva, Esq., KML Law Group, P.C., Philadelphia, PA 19106-1532 |
| 5531948 | + | Family Medicine Quentin, 1701 Cornwall Rd, Suite 101, Lebanon, PA 17042-7480 |
| 5742959 | + | Lancaster General Health, PO Box 824809, Philadelphia, PA 19182-4809 |
| 5742960 | + | Lancaster General Health, 1701 Cornwall Rd, Lebanon, PA 17042-7408 |
| 5742961 | + | Lebanon Country Water Authority, 2311 Ridgeview Rd, Lebanon, PA 17042-2565 |
| 5531950 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, Met-Ed, 600 S 5th Ave, Lebanon, PA 17042 |
| 5531953 | | PENN STATE HERSHEY MEDICAL CENTER, ATTN PATIENT FINANCIAL SERVICES, PO BOX 853, HERSHEY, PA 17033-0853 |
| 5531956 | + | Wellspan Health, 252 S 4th Street, Lebanon, PA 17042-6111 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5742211 | | EDI: ATLASACQU | Dec 23 2025 23:46:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 5531943 | ^ | MEBN | Dec 23 2025 18:42:16 | Account Resolution Services, Attn: Bankruptcy, Po Box 459079, Sunrise, FL 33345-9079 |
| 5531945 | + | Email/Text: ebnnotifications@creditacceptance.com | Dec 23 2025 18:45:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5531946 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 23 2025 18:53:48 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 5545897 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 23 2025 18:45:00 | AMERISAVE MORTGAGE CORPORATION, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5531944 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Dec 23 2025 18:45:00 | Amerisave Mtg Corp/dov, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5545641 | | Email/Text: BNCnotices@dcmservices.com | Dec 23 2025 18:45:00 | Emergency Care Services of PA PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5531949 | + | EDI: BLUESTEM | Dec 23 2025 23:46:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5742958 | | Email/Text: bankruptcy@firstenergycorp.com | Dec 23 2025 18:45:00 | First Energy, PO Box 371422, Pittsburgh, PA 15250-7422 |
| 5532585 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2025 18:53:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5531951 | | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 23 2025 18:45:00 | MET-ED, PO BOX 3687, AKRON, OH 44309-3687 |
| 5533811 | + | Email/Text: BankruptcyEast@firstenergycorp.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Dec 23 2025 18:45:00 | Metropolitan Edison Company, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5531952 | + | Email/Text: Bankruptcies@nragroup.com | Dec 23 2025 18:45:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 5709054 | + | Email/Text: BKMAIL@planethomelending.com | Dec 23 2025 18:45:00 | PLANET HOME LENDING, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 5709055 | + | Email/Text: BKMAIL@planethomelending.com | Dec 23 2025 18:45:00 | PLANET HOME LENDING, 321 Research Parkway Suite 303, Meriden, CT 06450, PLANET HOME LENDING, 321 Research Parkway Suite 303, Meriden, CT 06450-8342 |
| 5531954 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2025 18:53:53 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5531955 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Dec 23 2025 18:53:53 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 5742957 | *+ | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Kareem Ray Senises lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Matthew K. Fissel | on behalf of Creditor Planet Home Lending  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Stephanie Walczak | on behalf of Creditor Planet Home Lending  LLC swalczak@kmllawgroup.com |

Steven M. Carr     stevecarr8@comcast.net   pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kareem Ray Senises<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6378<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:23-bk-00736-HWV | |

## Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kareem Ray Senises

12/23/25

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**