United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00736-HWV |
| Kareem Ray Senises | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 24, 2025 | Form ID: fnldecac | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kareem Ray Senises, 1888 Kenbrook Road, Lebanon, PA 17046-1607 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 26, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Planet Home Lending  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Leonard Zagurskie, Jr | on behalf of Debtor 1 Kareem Ray Senises lzaglaw.usa@startmail.com  lzaglaw.usa@startmail.com |
| Matthew K. Fissel | on behalf of Creditor Planet Home Lending  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Stephanie Walczak | on behalf of Creditor Planet Home Lending  LLC swalczak@kmllawgroup.com |
| Steven M. Carr | stevecarr8@comcast.net  pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |

United States Trustee     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kareem Ray Senises,　　　　　　　　　　　Chapter　　7
**Debtor 1**
　　　　　　　　　　　　　　　　　　　　Case No.　　1:23−bk−00736−HWV

Social Security No.:
　　　　　　xxx−xx−6378

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Steven M. Carr**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

　　　　　　　　　　　　　　　　　　　　BY THE COURT
　　　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　Henry W. Van Eck, Chief Bankruptcy Judge

　　　　　　　　　　　　　　　　　　　　Dated: December 23, 2025

**fnldecac** (05/18)